UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD VERBANAC,

        Plaintiff,

v.                                                           Case No. 09-C-438

DEPUTY CLAUSING and DEPUTY UHAN,

        Defendants.

**ORDER**

Plaintiff's second motion to strike exhibit from Defendant's affidavit is **DENIED** for the same reasons set forth in the Court's previous order of March 18, 2010.

**SO ORDERED** this 30th day of March, 2010.

                                          s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH
                                          United States District Judge